UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> REX VERNAL GEOVANEY DUNBAR ) | CRIMINAL NO. <br> 02-40004-NMG |

## REPORT AND RECOMMENDATION
March 11, 2011

**HILLMAN, M.J.**

### Nature of the Proceeding

By Order of Reference dated May 24, 2010, Defendant's Motion Under 28 U.S.C. §2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody(Docket No. 174), has been referred to me for Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B).

### Background

On November 21, 2006, Rex Vernal Geovaney Dunbar ("Dunbar" or "Petitioner") was convicted, after a jury trial, of Conspiracy to Distribute, and to Possess with Intent to Distribute Marijuana and Cocaine/Cocaine Base (Count One);Conspiracy to Import Cocaine/Cocaine Base

*Report and Recommendation accepted and adopted. /s/NMGorton, USDJ 4/28/11*